UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18112
     RICCO BROCK
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-8996

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/14/08 .

     2.  The case was dismissed without confirmation, 01/30/2009.

     3.  The Debtor paid a total of $   2478.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | NOT FILED | .00 | 1304.82 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HONDA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| OLIVER ADJUSTMENT | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| WE ENERCIES | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

--------------------------------------------------------------------------
          Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1304.82 | .00 | .00 | .00 | 1304.82 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                 1304.82        .00           .00          .00       1304.82
The Debtor's attorney, PATRICK J HART              , was allowed $    3500.00
and was paid $    826.00  direct and $    1041.84  through the plan.
```

The Trustee received $    131.34 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
   Dated: 03/12/09                /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 08 B 18112 RICCO BROCK
```